**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| RICKY ORSO, JR. | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CA 24-310-JB-MU |
| | ) | |
| SAM HOUSTON, Jail Administrator, | ) | |
| Mobile County Metro Jail, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, Orso's petition (Doc. 1) is **DISMISSED without prejudice** and Orso's untitled motion for miscellaneous relief (Doc. 10) is **DENIED AS MOOT.**

**DONE and ORDERED** this 14th day of January, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE