# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| RICKY ORSO, JR. )<br><br>  Petitioner, )<br><br>vs. )<br><br>SAM HOUSTON, Jail Administrator, )<br>Mobile County Metro Jail, )<br><br>  Respondent. ) | CA 24-310-JB-MU |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner Orso's petition seeking habeas corpus relief pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice**.

Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE and ORDERED** this 14th day of January, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE